UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA (MIAMI)

CASE NO 15-CR-20764-Cooke

UNITED STATES OF AMERICA

V

CAMILO CROSS GRACIANO

**MOTION TO APPEAR TELEPHONICALLY AT CALENDAR CALL**

COMES NOW the defendant, through undersigned counsel, and respectfully alleges and prays:

1. This matter is on for Calendar Call on Wednesday January 31, 2018 at 3:00 PM

2. The undersigned has been ordered to appear for sentence before the Honorable Marcia Crone EDTX on the same day in *Criminal 4:13-cr-00038-MAC-KPJ-16, United States v Hermes Casanova Ordonez*. The undersigned filed a Motion to Continue that sentence due to the conflict herein, but that Motion was denied.

3. The parties expect to reach an Agreement in this case that will not necessitate preparation for trial and have exchanged documentation to that effect. The parties expect that matter will be resolved within the next 15 days.

WHEREFORE IT IS RESPECTFULLY PRAYED THE COURT ALLOW THE UNDERSIGNED APPEAR BY TELEPHONE AT THE STATUS CONFERENCE OR SET ASIDE THE CALENDAR DATE ALTOGETHER.

Respectfully,

/s/Scott Kalisch

**CERTIFICATE OF SERVICE**

I hereby certify that I have sent copy of this Motion to AUSA Walter Norkin EM/ECF electronic transfer this 25th day of January 2018

/s/Scott Kalisch

SCOTT KALISCH

435 SOUTH OREGON AVENUE, SUITE 104

TAMPA, FLORIDA 33606

TEL 305 669 0808

FLORIDA BAR #367877